MERCHANTS' NATIONAL BANK OF NEWTON, appellants, and NORTHRUP and NORTHRUP, respondents.

Appeal from decree of the Chancellor. The opinion is reported in 7 *C. E. Green* 59.

*Mr. Coult* and *Mr. Pitney,* for appellants.

*Mr. Linn,* for respondents.

BEDLE, J.

The question on this appeal is purely of fact—Whether the deed sought to be set aside was in fraud of creditors?

Merchants' National Bank of Newton *v.* Northrup.

The transaction is very suspicious, but the evidence fails to sufficiently satisfy us that it was fraudulent. The decree of the Chancellor must therefore be affirmed, with costs.

For affirmance—BEASLEY, C. J., BEDLE, CLEMENT, DALRIMPLE, DEPUE, DODD, OGDEN, SCUDDER, VAN SYCKEL, WOODHULL.   10.

For reversal—NONE.